UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK L. McDOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CV143 RLW |
| ) | |
| MS. KATHI ALIZADEH, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for an extension of time to file a notice of appeal. He claims he did not receive a copy of the Court's Memorandum and Order dismissing this action when it was filed.[1] The motion is granted under Rule 4(a)(5)(i) of the Federal Rules of Appellate Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to file a notice of appeal [ECF No. 8] is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for filing a notice of appeal is **April 8, 2016**.

Dated this 24th day of March, 2016.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The docket sheet reflects that the Clerk mailed plaintiff a copy of the Court's Memorandum and Order on March 9, 2016.