UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK L. McDOWELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16CV143 RLW |
| MS. KATHI ALIZADEH, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 11] is **DENIED**.

Dated this 30th day of March, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE